IN THE UNITED STATES DISTRICT COURT
For The District Of Colorado

Civil Action No. 05-CV-1317-LTB-MJW

CHAR BLOOM, ET AL,

Plaintiffs,

vs.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,

Defendant

( Docket No. 20 )

**Order Granting Joint Motion to Extend a Portion of the Scheduling Order**

This matter, coming before this Court on the Parties' Stipulated Motion to Extend a Portion of the Scheduling Order, and being fully advised of the premises, it is ordered that the pre-trial deadlines are extended as follows:

| | |
|---|---|
| Cut-off for discovery: | October 31, 2006; |
| Deadline for Claimants' Rule 26(a)(2) disclosures: | August 1, 2006 |
| Deadline for Goodyear's Rule 26(a)(2) disclosures: | August 31, 2006 |
| Deadline for Claimants' rebuttal disclosures: | September 15, 2006 |

SO ORDERED this 18TH day of January, 2006.

BY THE COURT

_____
Michael J. Watanabe
United States Magistrate Judge