**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01317-LTB-MJW

CHAR BLOOM,
SUSANNE COCHRAN,
BEN DEJULIO,
GIDEON GARTNER,
SARAH GARTER,
AE, INC., a Colorado corporation,
LARRY LUNCEFORD,
KATHY LUNCEFORD,
RANGER PLUMBING & HEARING, INC., a Colorado corporation,
PETER RIETZ,
KATHLEEN RIETZ,
RALPH WANGER,
LEAH WANGER,
WAYNE WILLIAMS, and
ROBERTA WILLIAMS,
        Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,
        Defendant.
_____

**ORDER**
_____

This matter comes before the Court on the Stipulation for Voluntary Dismissal With Prejudice (Doc 67 - filed August 3, 2006) as to the claims brought by Plaintiffs, Susanne Cochran, Ben DeJulio, Gideon and Sarah Gartner, Larry and Kathy Lunceford, Peter and Kathleen Rietz, Ralph and Leah Wanger, and Wayne and Roberta Williams. Having reviewed the same, and being fully advised of the premises, and finding that there is good cause shown for the relief sought herein, the Court hereby finds and concludes:

1. The Stipulation for Voluntary Dismissal With Prejudice is GRANTED. All claims which are or could have been brought by Plaintiffs, Susanne Cochran, Ben DeJulio, Gideon and Sarah Gartner, Larry and Kathy Lunceford, Peter and Kathleen Rietz, Ralph and Leah Wanger, and Wayne and Roberta Williams ("Settling Plaintiffs") herein against Goodyear are dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

2. The Settling Plaintiffs and Goodyear will each bear their own costs in connection with this action.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: August 4, 2006