IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01317-LTB-MJW

CHAR BLOOM,
AE, INC., a Colorado Corporation,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR AMENDMENT OF THE SCHEDULING ORDER TO MODIFY DISPOSTIVE-MOTION DEADLINE [DOCUMENT NO. 70]

This matter comes before the Court on the Joint Motion For Amendment of the Scheduling Order to Modify Dispostive-Motion Deadline [Document No. 70]. Having reviewed the same, and being fully advised in the premises, including the fact that the relief requested in this Motion is being sought by plaintiffs and defendant, the Court hereby finds and concludes:

The Joint Motion is GRANTED. The dispositive-motion deadline shall be October 2, 2006, for both plaintiffs and defendant.

Dated this 23rd Day of August, 2006.

                                BY THE COURT:

                                S/Michael J. Watanabe
                                MICHAEL J. WATANABE
                                U.S. Magistrate Judge