IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01317-LTB-MJW

CHAR BLOOM, ET AL, Plaintiffs,

vs.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation, Defendant

---

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND A PORTION OF THE SCHEDULING ORDER (Docket No. 74)

---

This matter, coming before this Court on the Plaintiffs' Unopposed Motion to Extend a Portion of the Scheduling Order, and being fully advised of the premises, it is ordered that the motion is Granted and the Deadline for Plaintiffs' Rule 26(a)(2) rebuttal disclosures is October 2, 2006.

SO ORDERED this 18th day of September 2006.

BY THE COURT

_____
Michael J. Watanabe
United States Magistrate Judge