IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01317-LTB-MJW

CHAR BLOOM,
SUSANNE COCHRAN,
BEN DEJULIO,
GIDEON GARTNER,
SARAH GARTNER,
AE, INC., a Colorado corporation,
LARRY LUNCEFORD,
KATHY LUNCEFORD,
RANGER PLUMBING & HEATING, INC., a Colorado corporation,
PETER RIETZ,
KATHLEEN RIETZ,
RALPH WANGER,
LEAH WANGER,
WAYNE WILLIAMS, and
ROBERTA WILLIAMS,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation,

    Defendant.

MINUTE ORDER REGARDING JOINT MOTION TO VACATE AND
RESET FINAL PRETRIAL CONFERENCE  (DOCKET NO. 92)

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the Joint Motion to Vacate and Reset Final Pretrial Conference, filed with the Court on November 8, 2006, is GRANTED.  The Final Pretrial Conference set on November 15, 2006, at 9:30 a.m., is VACATED and RESET on December 11, 2006, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their Proposed Final Pretrial Order on or before December 6, 2006.

Date:  November 13, 2006