IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-01317-LTB-MJW

CHAR BLOOM, ROSEMARIE GLAS, WILLIAM F. GOROG on behalf of the GRANTOR RETAINED INCOME TRUST, and AE, INC., a Colorado corporation,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,

    Defendant.

_____

ORDER
_____

    Pursuant to the Stipulation that the parties filed on November 8, 2006 and for the reasons stated on the record during the November 28, 2006 hearing, it is ORDERED that:

1) I adopt all applicable rulings contained in my April 1, 2004 order in *Malek et al v. The Goodyear Tire & Rubber Company*, Civil Action 02-cv-01172-LTB;

2) all claims for alleged violations of the Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-105, the Utah Truth in Advertising Act, Utah Code Ann. § 13-11a-1 *et seq.*, and the Utah Consumer Sales Practice Act, Utah Code Ann. § 13-11-3 *et seq.*, and all claims for punitive damages are withdrawn and dismissed;

3) statute of limitations questions concerning the plaintiff William Gorog and, if any, the plaintiff AE, Inc. shall remain factual questions for the jury; and

4) in all other respects I accept, adopt, and approve the recitals and stipulations of the parties.

Dated: November __28__, 2006, in Denver, Colorado.

                                                        BY THE COURT:

                                                        __s/Lewis T. Babcock__
                                                        Lewis T. Babcock, Chief Judge