**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01317-LTB-MJW
(Consolidated w/98-cv-02118-LTB-MJW and 01-cv-00572-LTB-MJW)

AE, INC., a Colorado corporation, and
WILLIAM F. GOROG,

       Plaintiffs,

v.

GOODYEAR TIRE & RUBBER COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       Defendant's Unopposed Motion for Leave to File Response to Plaintiffs' Trial Brief Concerning Evidentiary Issues (Doc 130 - filed January 31, 2007) is **GRANTED**.

Dated: February 1, 2007
_____