IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-01317-LTB-MJW
(Consolidated with 98-cv-02118 and
01-cv-00571-LTB-MJW)

AE, INC., a Colorado corporation, and
ROSEMARIE GLAS,

Plaintiffs,

v.

GOODYEAR TIRE & RUBBER COMPANY,
an Ohio corporation,

Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY
OF EXHIBITS AND/OR DEPOSITIONS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this ___ day of February 2007.

BY THE COURT:

_____
LEWIS T. BABCOCK, Chief Judge

_____         _____
Attorney for Plaintiffs                                      Attorney for Defendant