| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTIONS OF LAW<br>U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO, 05-CV-01317-LTB-MJW | Case No. 07SA125<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 1 4 2007<br><br>GREGORY C. LANGHAM<br>CLERK |

In re:

**Plaintiffs:**

AE, INC., a Colorado corporation, and ROSEMARIE GLAS,

v.

**Defendant:**

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation.

### ORDER OF COURT

Upon consideration of the Certification of Question of State Law from the U.S. District Court for the District of Colorado, and being advised in the premises,

IT IS ORDERED that the question as submitted by the U.S. District Court is accepted. This matter will be submitted on the briefs filed in the U.S. District Court and no oral argument will be held.

IT IS FURTHER ORDERED that pursuant to C.A.R. 21.1 each party shall pay a docket fee in the amount of $112.50.

BY THE COURT, EN BANC, MAY 10, 2007.



Copies mailed via the State's Mail Services Division on 5-11-07 - EAC

Stephen G. Masciocchi
David L. Black
Holland & Hart LLP
555 Seventeenth St., Ste. 3200
Denver, CO  80202

William W. Maywhort
J. Lee Gray
Holland & Hart LLP
8390 E. Crescent Parkway, Ste. 400
Greenwood Village, CO  80111

Mary A. Wells
L. Michael Brooks, Jr.
1700 Broadway, Ste. 1020
Denver, CO  80290

Roger P. Thomasch
Ballard Spahr Andrews & Ingersoll, LLP
1225 17th St., Ste. 2300
Denver, CO  80202

David L. Lenyo
Chad J. Schmit
Garfield & Hect, P.C.
601 East hyman Ave.
Aspen, CO  81611

Clerk of the U.S. District Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294

Honorable Lewis T. Babcock
Chief judge
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294