| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTIONS OF LAW<br>U.S. DISTRICT COURT FOR THE DISTRICT OF<br>COLORADO, 05-CV-01317-LTB-MJW | Case No. 07SA125<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JUN 0  2007<br><br>GREGORY C. LANGHAM<br>CLERK |
| In re:<br><br>**Plaintiffs:**<br><br>AE, INC., a Colorado corporation, and ROSEMARIE GLAS,<br><br>v.<br><br>**Defendant:**<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation. | |
| **ORDER OF COURT** | |

Upon consideration of the Plaintiff's Motion for Leave to File Supplemental Brief filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion shall be, and the same hereby is GRANTED.

IT IS ORDERED that the Plaintiff's opening brief is due on or before JULY 6, 2007. The Defendant's answer Brief is due on or before AUGUST 6, 2007. The Plaintiff's reply brief is due on or before AUGUST 22, 2007. All briefs shall be in conformance with the Colorado Appellate Rules.

BY THE COURT, JUNE 4, 2007.



Copies mailed via the State's mail Services Division on  6-05-07    EAC

Stephen G. Masciocchi
David L. Black
Holland & Hart LLP
555 Seventeenth St., Ste. 3200
Denver, CO   80202

William W. Maywhort
J. Lee Gray
Holland & Hart LLP
8390 E. Crescent Parkway, Ste. 400
Greenwood Village, CO   80111

Mary A. Wells
L. Michael Brooks, Jr.
1700 Broadway, Ste. 1020
Denver, CO   80290

Roger P. Thomasch
Ballard Spahr Andrews & Ingersoll, LLP
1225 17th St., Ste. 2300
Denver, CO   80202

David L. Lenyo
Chad J. Schmit
Garfield & Hect, P.C.
601 East hyman Ave.
Aspen, CO   81611

Clerk of the U.S. District Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294

Honorable Lewis T. Babcock
Chief judge
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO   80294