| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>Two East 14th Avenue<br>Denver, Colorado 80203<br><br>CERTIFICATION OF QUESTIONS OF LAW<br>U.S. DISTRICT COURT FOR THE DISTRICT OF<br>COLORADO, 05-CV-01317-LTB-MJW | Case No. 07SA125<br><br>FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>AUG 0 2 2007<br><br>GREGORY C. LANGHAM<br>CLERK |
| In re:<br><br>**Plaintiffs:**<br><br>AE, INC., a Colorado corporation, and ROSEMARIE GLAS,<br><br>v.<br><br>**Defendant:**<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation. | |
| **ORDER OF COURT** | |

Upon consideration of the Unopposed Motion for Two-Week Enlargement of Time to File Answer Brief To and Including August 20, 2007 filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion shall be, and the same hereby is, GRANTED TO AND INCLUDING AUGUST 20, 2007.

BY THE COURT, JULY 31, 2007.

Copies mailed via the State's Mail Services Division on 7-31-07 .vmc

Stephen G. Masciocchi　　　　　　　　Mary A. Wells
David L. Black　　　　　　　　　　　　L. Michael Brooks, Jr.
Holland & Hart LLP　　　　　　　　　　1700 Broadway, Ste. 1020
555 Seventeenth St., Ste. 3200　　　Denver, CO  80290
Denver, CO  80202

William W. Maywhort
J. Lee Gray
Holland & Hart LLP
8390 E. Crescent Pkwy., Ste. 400
Greenwood Village, CO 80111

David L. Lenyo
Chad J. Schmit
Garfield & Hect, P.C.
601 East hyman Ave.
Aspen, CO  81611

Honorable Lewis T. Babcock
Chief judge
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294

Roger P. Thomasch
Ballard Spahr Andrews & Ingersoll, LLP
1225 17th St., Ste. 2300
Denver, CO  80202

Clerk of the U.S. District Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO  80294