IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01317-LTB-MJW

AE, INC., a Colorado corporation, and ROSEMARIE GLAS,

      Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,

      Defendant.

_____

ORDER
_____

In Case No. 07-SA-125, Colorado Supreme Court answered yes to the certified question and held that Colorado's choice of law standard with regard to both the tort action and to an award of pre-judgment interest is the most significant relationship to the occurrence and parties test expressed in Restatement (Second) of the Conflicts of Laws, §§ 145, 171 (1971).  Goodyear's stipulated liability is fifty percent (50%) of the jury award to AE of repair costs of $3,489,000.00 and other losses of $848,611.00.

In light of the Colorado Supreme Court's resolution of the certified question,

IT IS ORDERED that the parties shall, within 15 days from the date of this Order, submit to the Court their calculation of pre-judgment interest on the jury verdict so that amended judgment can enter accordingly.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: October 2, 2007