IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01317-LTB-MJW

AE, INC., a Colorado corporation, and
ROSEMARIE GLAS,

      Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation,

      Defendant.
_____

ORDER
_____

Upon Defendant's Response to Plaintiff's Motion for Leave to File Supplemental Brief (Doc 189), it is

ORDERED that Plaintiff AE's Motion for Leave to File Supplemental Brief in Support of Rule 59(e) Motion to Amend the Judgment to Include an Award of Prejudgment Interest (Doc 187) is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: October 31, 2007